IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIN HOCKLEY, | |
| Plaintiff, | 4:24-CV-3189 |
| vs. | |
| | ORDER |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the plaintiff's objection (filing 29) to the Magistrate Judge's Findings and Recommendations (filing 28) recommending that the plaintiff's motion for an order reversing the Commissioner's decision (filing 21) be denied and the Commissioner's motion for an order affirming the Commissioner's decision (filing 25) be granted. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

IT IS ORDERED:

1. The plaintiff's objection (filing 29) is overruled.

2. The Magistrate Judge's Findings and Recommendations (filing 28) are adopted.

3. The plaintiff's Motion for an Order Reversing the Commissioner's Decision (filing 21) is denied.

4. The Commissioner's Motion for an Order Affirming the Commissioner's Decision (filing 25) is granted.

5. The plaintiff's complaint is dismissed.

6. A separate judgment will be entered.

Dated this 10th day of December, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge